# United States District Court
# Western District of North Carolina
# Division

| Timothy O'Neal Bramblett , | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 2:14-cv-00011 |
| vs. | ) | |
| Carolyn W. Colvin , | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2016 Order.

March 30, 2016

Frank G. Johns, Clerk
United States District Court